| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) DELGADO-COLON, AIDA M. | 2. Court or Organization DISTRICT COURT OF PUERTO RICO | 3. Date of Report 05/15/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ARTICLE III (ACTIVE) | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address CH 111, FEDERAL BUILDING 150 CHARDON AVENUE SAN JUAN PR 00918 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELGADO-COLON, AIDA M. | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DELGADO-COLON, AIDA M.** | 05/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Banco Popular de Puerto Rico | Mortgage on Real Estate Property | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELGADO-COLON, AIDA M. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Caribe Federal Credit Union | A | Dividend | L | T | | | | | |
| 2. Fidelity Investment Asset Manager | A | Dividend | J | T | | | | | |
| 3. Opportunity Funds/Wells Fargo Adv. Funds (Prev. Strong) | A | Dividend | J | T | | | | | |
| 4. Equitable: Alliance Common Stock/Mercury basic | | None | J | T | | | | | |
| 5. Coop. Ahorro y Credito/Value Equity | A | Interest | K | T | | | | | |
| 6. Banco Popular-CD | A | Interest | K | T | | | | | |
| 7. Real Estate Property #1 (12.5% Interest) | | None | M | Q | | | | | See note in Part VIII |
| 8. Real Estate Property#2 (12.5% Interest) | | None | M | Q | | | | | See note in Part VIII |
| 9. Interest in Business (12.5%) | | None | J | W | | | | | |
| 10. Oriental Bank Trust-CD-IRA "Cash Equivalent" | A | Interest | K | T | | | | | |
| 11. Universal Group, Inc.-IRA (Variable Investment Annuity | | None | L | T | | | | | |
| 12. Real Estate Property (Mortgage) | E | Rent | N | R | | | | | See note in Part VIII |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELGADO-COLON, AIDA M. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Caribe Federal Credit Union; San Juan, P.R. (Cash on hand).

2. Fidelity Asset Manager - On the equity portion (54.4%) of the portfoloio it invests in approximately 1,847 different stocks. A 31.3% of the portfoloio is invested in bonds of which an even distribution (50%) is allocated between U.S. bonds and different corporation. A 14.3% is invested in money market.

3. The funds now managed by Wells Fargo, Advantage Funds were previously managed by Strong Funds. The transfer of brokerage results from a company merge. The Opportunity Funds are invested primarily in mid-size companies, blending the type of investment (Ex: Value & Growth).

4. Equitable Life Insurance: (Flexible Premium Life Insurance Incentive Life; composed of Alliance Common Stock and Alliance Money Market.

5. In late 2001 or early 2002, I found out that my father had opened this savings account under my name. Thus, it was reported in the AO-10 financial reports of 2002-2004. (Upon my father's death on January 20, 2003, said funds were transferred under the estate

6. CD Account, Banco Popular de P.R. I appear as co-signer/co-owner.

7. Real Estate Property No. 1 - Residential Property: (12.5% Interest) Puerto Rico. Appraisal date: August 6, 2003.

8. Real Estate Property No. 2 - 29 acres of land: (12.5% Interest) Puerto Rico. Appraisal date: August 6, 2003.

9. Centro Agricola (Agricultural Center). My interest of participation amounts to a 12.5%. Have no participation in daily operation of the business or managerial decisions. No income or benefis are being received.

10. Oriental Bank Trust - CD IRA account opened 5/19/05 includes amounts rolled over from item #11 within the 2005 Report. The new reported balance includes a transfer of Item #4 above as of 5/27/2009

11. Variable Investment Annuity - IRA account opened on April 11, 2008 with Universal Group, Inc. IRA accounts previously (2008) reported at items #2, #5 and #16. Consists of investments in mutual funds, with values that fluctuate with the market. No income was generated for relevant period (up to 12/31/2010). (Accordingly, items previously-in 2008-listed #2 and #5 were eliminated since those accounts no longer exist).

12. Real Estate Property No. 3 - located in the San Juan metropolitan area; Puerto Rico; acquired in April 2012, its use fluctuates between personal use and rental usage. Purchase price in 2012 was $594,792.00.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **AIDA M. DELGADO-COLON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544